IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
HOT SPRINGS DIVISION

---

| | |
|---|---|
| TAMMY ASHLEY | PLAINTIFF |
| Vs. | CASE NO. 05-6008 |
| TENET dba<br>NATIONAL PARK MEDICAL CENTER | DEFENDANT |

---

AGREED ORDER ADMINISTRATIVELY CLOSING CASE
AND REFERRING CLAIMS TO BINDING ARBITRATION

---

This cause came before the court upon Defendant's motion to dismiss or stay and refer claims to binding arbitration, and the court finding that the parties have subsequently agreed that this case should be administratively closed and Plaintiff's claims should be referred to final and binding arbitration in accordance with the Tenet Fair Treatment Process (FTP) and the incorporated rules of the American Arbitration Association (AAA), and the court further finding that the parties have agreed to select Frank S. Hamlin of ADR, Inc., Little Rock, Arkansas, as the Arbitrator to be appointed by the AAA,

**IT IS HEREBY ORDERED** that the complaint in this matter filed on January 13, 2005, is referred to final and binding arbitration in accordance with the provisions of the aforesaid FTP and AAA rules to be decided by the Arbitrator applying the same substantive law, including both remedies and defenses, that would be available had this matter been litigated in this court.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall administratively **CLOSE** this action, subject to reopening without the necessity of a reopening filing fee upon the filing of a motion pursuant to and within the time prescribed by the Federal Arbitration Act, if either party subsequently seeks to vacate, confirm or modify the arbitrator's award.

SO ORDERED this 12th day of September, 2005.

/s/ Robert T. Dawson
_____
UNITED STATES DISTRICT JUDGE

AGREED TO:


/s/ John P. Lewis
**JOHN P. LEWIS**
320 Ouachita Avenue
Suite 203, Lindell Square
Hot Springs, Arkansas 71901
Telephone:  (501) 321-1009

**Counsel for Plaintiff**



/s/ David P. Jaqua
**DAVID P. JAQUA**
**BUTLER, SNOW, O'MARA, STEVENS**
  **& CANNADA, PLLC**
Crescent Center
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Telephone: (901) 680-7343
Facsimile:  (901) 680-7201
E-mail: david.jaqua@butlersnow.com

**Counsel for Defendant**


MEMPHIS 172477v1